### American Masons' and Building Supply Company, Inc. *v.* Eppoliti, Inc.
### (13567)

O'Connell, Foti and Hennessy, Js.

Submitted on briefs February 17—decision released April 4, 1995

*Steven R. Smart* and *Karin L. Welch* filed a brief for the appellant (defendant).

*Walter H. Scanlon* and *Robert A. Ziegler* filed a brief for the appellee (plaintiff).

Per Curiam. The judgment is affirmed.

### Angel Colon *v.* Savin Brothers, Inc.
### (13759)

O'Connell, Foti and Hennessy, Js.

Submitted on briefs February 17—decision released April 4, 1995

*Brian W. Prucker* filed a brief for the appellant (plaintiff).

*James L. Pomeranz* filed a brief for the appellees (defendants).

Per Curiam. The decision of the workers' compensation review board is affirmed.